B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 12–10384**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Arnulfo Herrera
   3729 S Damen
   Chicago, IL 60609

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8117

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                         FOR THE COURT

Dated: <u>July 11, 2012</u>                             <u>Kenneth S. Gardner, Clerk</u>
                                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-10384-PSH
Arnulfo Herrera  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: admin  Page 1 of 3  Date Rcvd: Jul 11, 2012
    Form ID: b18  Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2012.
```
db         +Arnulfo Herrera,   3729 S Damen,   Chicago, IL 60609-1117
18631475   +AMC Mortgage Services,   505 City Parkway W,   Orange CA 92868-2924
18631477   +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
18631478   +Blatt Hassenmiller,   125 S Wacker Dr #400,   Chicago, IL 60606-4440
18631490   +Nationwide Acceptance,   Attn: Bankruptcy,   3435 N Cicero Ave,   Chicago, IL 60641-3794
18631491   +Peoples Gas,   Attention: Bankruptcy Department,   130 E. Randolph,   Chicago, IL 60601-6302
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QPDLEVEY.COM Jul 12 2012 00:28:00      Phillip D Levey, ESQ,   2722 North Racine Avenue,
             Chicago, IL 60614-1206
18703651   +EDI: ATLASACQU.COM Jul 12 2012 00:28:00      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
18631476   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Jul 12 2012 01:01:39      Aurora Loan Services,
             Attn: Bankruptcy Dept.,   Po Box 1706,   Scottsbluff, NE 69363-1706
18631479   +EDI: CAPITALONE.COM Jul 12 2012 00:28:00      Capital One, N.a.,   Capital One Bank (USA) N.A.,
             Po Box 30285,   Salt Lake City, UT 84130-0285
18631480   +EDI: CBCSI.COM Jul 12 2012 00:29:00      Cbcs,   Po Box 163250,   Columbus, OH 43216-3250
18631481   +EDI: CHASE.COM Jul 12 2012 00:28:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18631483   +EDI: CITICORP.COM Jul 12 2012 00:28:00      Citibank Usa,
             Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,   Kansas City, MO 64195-0363
18631485   +EDI: HFC.COM Jul 12 2012 00:28:00      Hsbc/Menards,   Attn: Bankruptcy Dept,   Po Box 5263,
             Carol Stream, IL 60197-5263
18631484   +EDI: HFC.COM Jul 12 2012 00:28:00      Hsbc/bstby,   Po Box 5253,   Carol Stream, IL 60197-5253
18631486   +EDI: RESURGENT.COM Jul 12 2012 00:28:00      Lvnv Funding Llc,   Po Box 740281,
             Houston, TX 77274-0281
18631488   +EDI: MID8.COM Jul 12 2012 00:28:00      Midland Credit Mgmt In,   8875 Aero Dr,
             San Diego, CA 92123-2255
18631494    EDI: AGFINANCE.COM Jul 12 2012 00:28:00      Springleaf Financial S,   4013 W 26th St,
             Chicago, IL 60623
18631493   +EDI: SEARS.COM Jul 12 2012 00:28:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
18631496    EDI: TFSR.COM Jul 12 2012 00:28:00      Toyota Motor Credit,   Toyota Financial Services,
             Po Box 8026,   Cedar Rapids, IA 52408
18631497   +EDI: WFNNB.COM Jul 12 2012 00:28:00      Wfnnb/value City Furn,   Attn: Bankruptcy,
             Po Box 182686,   Columbus, OH 43218-2686
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18631482*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18631487*   +Lvnv Funding Llc,   Po Box 740281,   Houston, TX 77274-0281
18631489*   +Midland Credit Mgmt In,   8875 Aero Dr,   San Diego, CA 92123-2255
18631492*   +Peoples Gas,   Attention: Bankruptcy Department,   130 E. Randolph,   Chicago, IL 60601-6302
18631495*  ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
             (address filed with court:  Springleaf Financial S,    4013 W 26th St,    Chicago, IL 60623)
                                                                                         TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: admin              Page 2 of 3              Date Rcvd: Jul 11, 2012
                              Form ID: b18             Total Noticed: 21

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: admin              Page 3 of 3                  Date Rcvd: Jul 11, 2012
                              Form ID: b18             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2012 at the address(es) listed below:
              David H Cutler    on behalf of Debtor Arnulfo Herrera david@cutlerltd.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 3